USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JOHN PRICE, *individually and on behalf of all others similarly situated*, :
:
Plaintiff, : 17-CV-652 (VEC)
:
-against- : ORDER
:
MICHAEL STRIANESE and RALPH D'AMBROSIO, :
:
Defendants. :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 4, 2017 (Dkt. 27), the Court dismissed Plaintiff's Complaint and allowed Plaintiff until October 26, 2017 to move for leave to amend; and

WHEREAS Plaintiff has not moved for leave to amend the Complaint;

IT IS HEREBY ORDERED that this action is dismissed. The Clerk of Court is respectfully requested to terminate any open motions and to close the case.

**SO ORDERED.**

_____ 10/27/2017

Date: **October 27, 2017** **VALERIE CAPRONI**
**New York, New York** **United States District Judge**